# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 23, 2008

Charles R. Fulbruge III
Clerk

No. 07-60456
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ROSE M CROSBY

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:06-CR-130-1

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Rose M. Crosby appeals her jury convictions for filing fraudulent claims against the United States, making false statements to the United States, theft of public money, and mail fraud. She argues that the district court erred in denying her proposed jury instruction regarding good faith. The district court's instructions on the meaning of the terms "willfully" and "knowingly" were sufficient to substantially cover the defense of good faith as to every count of Crosby's indictment. See United States v. Giraldi, 86 F.3d 1368, 1376 (5th Cir.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1996); United States v. Dillman, 15 F.3d 384, 393 (5th Cir. 1994).  The jury charge as a whole properly stated the applicable law, and Crosby was able to argue her defense of good faith to the jury.  See Giraldi, 86 F.3d at 1376; Dillman, 15 F.3d at 393.  The district court's denial of Crosby's proposed instruction on good faith was not an abuse of discretion.  See Giraldi, 86 F.3d at 1376.

AFFIRMED.